AO 442  (Rev. 01/09)  Arrest Warrant

#45436-177

## ORIGINAL UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><u>Hernandez D. Govan</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   2:26-cr-20260-MSN

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Hernandez D. Govan
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261(b)(5) - Stalking
18 U.S.C. § 2261A(2)(A) & (B) - Stalking
47 U.S.C. § 223(h)(2)(A) - Threat of Intentional Disclosure of Nonconsensual Intimate Visual Depictions
47 U.S.C. § 223(h)(4)(A) - Threat of Intentional Disclosure of Nonconsensual Intimate Visual Depictions
47 U.S.C. § 223(h)(6)(A) - Threat of Intentional Disclosure of Nonconsensual Intimate Visual Depictions

Date:  _06/25/2026_

s/Chris Sowell
*Issuing officer's signature*

City and state:    MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/6/26 , and the person was arrested on *(date)* 7/6/26
at *(city and state)*  Memphis, TN

Date:  7/6/26

*Arresting officer's signature*

Jerus Hensley  DUSM
*Printed name and title*