**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HERNANDEZ GOVAN,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 26-20260-MSN |

---

ORDER ON CHANGE OF PLEA

---

This cause came to be heard on September 16, 2026, the Assistant United States Attorney for this district, J. William Crow, appearing for the Government, and the Defendant, Hernandez Govan, appearing in person and with counsel, John Keith Perry, Jr.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set WEDNESDAY, JANUARY 6, 2027 at 2:00 P.M. in Courtroom No. 4, on the 9th floor before Judge Mark S. Norris.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this the 16th day of September, 2026.

***s/ Mark S. Norris***
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE