***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***Western Division***
***Office of the Clerk***

***Wendy R. Oliver, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U. S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(713) 421-9200***

---

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

September 16, 2026

RE: 2:26cr20260-MSN
*USA v. HERNANDEZ GOVAN* (in custody)

Dear Sir/Madam:

**A SENTENCING HEARING** has been **SET** before **Judge Mark S. Norris** on **WEDNESDAY, JANUARY 6, 2027** at **2:00 PM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

**Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY: S/ *Zandra Frazier*
Zandra Frazier, Case Manager
901-495-1277
E-mail: zandra_frazier@tnwd.uscourts.gov